922 A.2d 906

**George JONES, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 31, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of May, 2007, the order of the Commonwealth Court is AFFIRMED.